# Exhibit 5

## CHART FOR U.S. PATENT NO. 8,285,961 ("the '961 Patent")

**Accused Products:**

Dell's products, including but not limited to Dell's PowerMax (*e.g.*, PowerMax 2000, 2500, 8000, and 8500), VMAX All Flash (*e.g.*, VMAX 250F, 450F, 850F, and 950F), and EMC VMAX (*e.g.*, VMAX 100K, 200K, and 400K) products with "Fully Automated Storage Tiering (FAST)" functionality ("Accused Products"), infringe at least Claim 1 of the '961 Patent.

| Claims | Exemplary Evidence of Infringement |
|---|---|
| 1 [pre] An apparatus, comprising | To the extent the preamble is limiting, the Accused Products comprise an apparatus.<br><br>For example, the Accused Products comprise "modular storage components for compute and storage media" where the "compute modules are packaged as node pairs . . . [and e]ach node pair contains two PowerMax compute nodes, complete software and licensing."<br><br>*See, e.g.*: |

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
|        |  |

Servers, Storage & Networking – Storage – PowerMax

PowerMax is built from modular storage components for compute and storage media. The compute modules are packaged as node pairs. Each node pair contains two PowerMax compute nodes, complete software and licensing, cache memory, redundant power, and connectivity modules.  These are combined with 48-slot Dynamic Media Enclosures (DMEs) to configure NVMe flash drives.  PowerMax arrays are delivered with the Inclusive Software package. NVMe drive capacity can be added to the system to scale up to a total effective capacity of 8 PBe on the PowerMax 2500 and up to 18 PBe on the PowerMax 8500.

Specification Sheet  – Dell PowerMax Array  – DELL POWERMAX  – Dell PowerMax 2500 and 8500

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
| | Unisphere enables you to configure and manage PowerMax, VMAX All Flash, and VMAX storage systems. |
| | Unisphere is a HTML5 web-based application that enables you to configure and manage PowerMax, VMAX All Flash, and VMAX storage systems. The term Unisphere incorporates "Unisphere for PowerMax" for the management of PowerMax and All Flash storage systems running PowerMaxOS 5978, and "Unisphere for VMAX" for the management of VMAX All Flash and VMAX storage systems running HYPERMAX OS 5977 and Enginuity OS 5876. |
| | Blog posts and videos that provide an overview of Unisphere functionality can be accessed by clicking here. |
| | Service Levels management - A service level is the response time target for a storage group. The service level sets the storage array with the required response time target for a storage group. It automatically monitors and adapts to the workload needed maintain the response time target. The service level includes an optional workload type so it can be optimized to meet performance levels. |
| | Templates management - Using the configuration and performance characteristics of an existing storage group as a starting point, you can create templates that will prepopulate fields in the provisioning wizard and create a more realistic performance reservation in your future provisioning requests. |
| | Storage Resource Pools management - Fully Automated Storage Tiering (FAST) provides automated management of storage array disk resources to achieve expected service levels. FAST automatically configures disk groups to form a Storage Resource Pool (SRP) by creating thin pools according to each individual disk technology, capacity, and RAID type. |
| | Dell EMC Unisphere for PowerMax Product Guide |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | <br>Data Storage – VMAX All Flash<br><br>Storage – EMC VMAX |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| 1 [a] logic circuitry configured to: | The Accused Products comprise logic circuitry and software that configures the logic circuitry.<br><br>For example, the Accused Products include "Intel Xeon" "CPU[s]," "PowerMaxOS"/"HYPERMAX OS"/"ENGINUITY OS," and/or "Unisphere" which "enables you to configure and manage" the Accused Products, and "Fully Automated Storage Tiering (FAST)" for the "automat[ion and] management of storage system disk resources . . . ."<br><br>*See, e.g.*:<br><br><br>Servers, Storage & Networking – Storage – PowerMax |

| Claims | Exemplary Evidence of Infringement |
|--------|-------------------------------------|

| Array family | PowerMax 2500 | PowerMax 8500 |
|--------------|---------------|---------------|
| **Node Pairs** | | |
| NUMBER OF NODE PAIRS | 1 to 2 | 1 to 8 |
| NODE PAIR MODULE | 3U | 3U |
| CPU | Memory config 1-3: Intel Xeon Gold 5218 2.8 GHz with 16 core[1]  Memory config 4: Intel Xeon Gold 6240L | Memory config 2-3: Intel Xeon Gold 6254 3.9 GHz with 18 core[1]  Memory Config 4: Intel Xeon Gold 8280L |
| CORE NUMBER PER CPU/PER NODE PAIR/PER SYSTEM | Memcfg 1-3: 16/64/128  Memcfg 4: 18/72/144[5] | Memcfg 1-3: 18/72/576  Memcfg 4: 20/80/608[4,5] |

Specification Sheet – Dell PowerMax Array – DELL POWERMAX – Dell PowerMax 2500 and 8500

| Array family | PowerMax 2000 | PowerMax 8000 |
|--------------|---------------|---------------|
| **Bricks/zBricks** | | |
| Number of Bricks or zBricks[5] | 1 to 2 | 1 to 8 |
| ENGINE ENCLOSURE | 4u | 4u |
| CPU | Intel Xeon E5-2650-v4  2.5 GHz 12 core[4] | Intel Xeon E5-2697-v4  2.8 GHz 18 core[4] |
| # CORES PER CPU/PER ENGINE/PER SYSTEM | 12/48/96 | 18/72/576 |

Specification Sheet – POWERMAX FAMILY – PowerMax 2000 and 8000

| Claims | Exemplary Evidence of Infringement |
|---|---|
| |  |

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | **VMAX3 FAMILY SPECIFICATIONS** |

| VMAX3 ARRAY | VMAX 100K | VMAX 200K | VMAX 400K |
|---|---|---|---|
| ENGINE | | | |
| Number of Engines supported | 1 to 2 | 1 to 4 | 1 to 8 |
| Engine Enclosure | 4u | 4u | 4u |
| CPU | Intel Xeon E5-2620-v2 2.1 GHz 6 core | Intel Xeon E5-2650-v2 2.6 GHz 8 core | Intel Xeon E5-2697-v2 2.7 GHz 12 core |
| Dynamic Virtual Matrix BW | 700GB/s | 700GB/s | 1400GB/s |
| # Cores per CPU/per Engine/per System | 6/24/48 | 8/32/128 | 12/48/384 |

Specification Sheet – DELL EMC VMAX3 FAMILY – VMAX 100K, 200K, 400K

Unisphere enables you to configure and manage PowerMax, VMAX All Flash, and VMAX storage systems.

Unisphere is a HTML5 web-based application that enables you to configure and manage PowerMax, VMAX All Flash, and VMAX storage systems. The term Unisphere incorporates "Unisphere for PowerMax" for the management of PowerMax and All Flash storage systems running PowerMaxOS 5978, and "Unisphere for VMAX" for the management of VMAX All Flash and VMAX storage systems running HYPERMAX OS 5977 and Enginuity OS 5876.

Blog posts and videos that provide an overview of Unisphere functionality can be accessed by clicking here.

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Fully Automated Storage Tiering (FAST) automates management of storage system disk resources on behalf of thin volumes. <br><br> ⓘ **Note:** This section describes FAST operations for storage systems running HYPERMAX OS 5977 or higher. <br><br> FAST automatically configures disk groups to form a Storage Resource Pool by creating thin pools according to each individual disk technology, capacity, and RAID type. <br><br> FAST technology moves the most active parts of your workloads (hot data) to high-performance flash disks and the least-frequently accessed storage (cold data) to lower-cost drives, using the best performance and cost characteristics of each different drive type. FAST delivers higher performance using fewer drives to help reduce acquisition, power, cooling, and footprint costs. FAST can factor in the RAID protections to ensure write heavy workloads go to RAID 1 and read heavy workloads go to RAID 6. This process is entirely automated and requires no user intervention. <br><br> FAST also delivers variable performance levels through service levels. Thin volumes can be added to storage groups and the storage group can be associated with a specific service level to set performance expectations. <br><br> FAST monitors the performance of the storage group relative to the service level and automatically provisions the appropriate disk resources to maintain a consistent performance level. <br><br> Dell EMC Unisphere for PowerMax Product Guide |
| 1 [b] identify service level agreements associated with different storage volumes; | The Accused Products identify service level agreements associated with different storage volumes. <br><br> For example, the Accused Products "are preconfigured with . . . service levels and workloads" that are used to "specify the performance objectives" and "ensure that applications have consistent and predictable performance," where a "service level is the response time target for the storage group."  For example, the "[t]arget response time" is the "average response time expected for the storage group based on the selected service level," and along with a "target response time, service levels also have either an upper response time limit or both an upper and lower response time limit." <br><br> *See, e.g.*: |

| Claims | Exemplary Evidence of Infringement |
|--------|-------------------------------------|
|        | By default, storage systems running HYPERMAX OS 5977 or higher are preconfigured with a single Storage Resource Pool (SRP). The SRP contains all the hard disks on the system that is organized into disk groups by technology, capacity, rotational speed, and RAID protection type. Storage administrators can view all SRPs configured on the system, and the demand that storage groups are placing on them. <br><br> Storage systems are also preconfigured with several service levels and workloads. Storage administrators use the service levels and workloads to specify the performance objectives for the application they are provisioning. <br><br> When provisioning storage for an application, storage administrators assign the appropriate SRP, service level, and workload to the storage group containing the LUNs associated with the application. <br><br>  |

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
| | A service level is the response time target for the storage group. The service level enables you set the storage array with the desired response time target for the storage group. |
| | It automatically monitors and adapts to the workload to maintain (or meet) the response time target. The service level includes an optional workload type. The optional workload type can be used to further tune expectations for the workload storage group to provide enough flash to meet your performance objective. |
| | Dell EMC Unisphere for PowerMax Product Guide |
| | **PowerMaxOS**: Beginning with 5978, the operating environment run on PowerMax and VMAX All Flash systems. |
| | **Storage group (SG)**: A logical grouping of thin devices that are provisioned and associated with a particular application. |
| | **Response time (RT)**: The total amount of time it takes to respond to a request for service. |
| | **Target response time**: The average response time expected for the storage group based on the selected service level. |
| | **Upper response time limit**: The maximum response time specified by the selected service level. |
| | **Lower response time limit**: The minimum response time specified by the selected service level. Service levels for PowerMaxOS ensure that applications have consistent and predictable performance by allowing users to separate storage groups based on performance requirements and business importance. PowerMaxOS allows you to set specific service levels to ensure the highest-priority application response times are not impacted by lower-priority applications. The available service levels are defined in PowerMaxOS and can be applied at the creation of a storage group or can be modified to an existing storage group at any time. |

11

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | ## Service level options<br><br>Service levels are offered with various ranges of performance expectations which are defined by their own characteristics of a target response time. The target response time is the average response time expected for the storage group based on the selected service level. Along with a target response time, service levels also have either an upper response time limit or both an upper and lower response time limit.<br><br>The service levels offered are detailed in Table 1. All service levels shown, with the exception of Optimized, have a target response time.<br><br>Table 1    Service levels for PowerMaxOS<br><br>_(table below)_<br><br>_(diagram: Highest — Priority and performance — Lowest)_<br><br>**Diamond, Platinum, and Gold**: These service levels have the highest priority and performance. Each has an upper response time limit but no lower response time limit which ensures they will be serviced as fast as possible. |

Table:

| Service level | Diamond | Platinum | Gold | Silver | Bronze | Optimized |
|---|---|---|---|---|---|---|
| Target response time | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Upper response time limit | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Lower response time limit | | | | ✓ | ✓ | |

12

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | **Silver and Bronze**: These service levels have both an upper and lower limit designed to allow higher-priority service levels to be unaffected. These are managed such that their average response time will be greater than or equal to the lower response time limit.<br><br>**Optimized:** This service level does not have a target response time nor an upper or lower limit. Optimized is designed to use all allowable resources, equal to that of Diamond, and is not managed to assist any other service level. Storage groups set with any other service level will also not be managed to assist storage groups set Optimized. Optimized should be used on systems where application performance and consistency are not of relative importance and should not be mixed on systems with other service levels.<br><br>The following table shows the target response time for each service level along with an indication of the lower response time.<br><br>Table 2    Service level response times<br><br>| Service level | Target response time | Lower response time |<br>|---|---|---|<br>| Diamond | 0.6 ms* | None |<br>| Platinum | 0.8 ms* | None |<br>| Gold | 1 ms | None |<br>| Silver | 3.6 ms | ~3.6 ms |<br>| Bronze | 7.2 ms | ~7.2 ms |<br>| Optimized | N/A | N/A |<br><br>### Setting service levels<br>Service levels can be applied to a storage group when either creating a new storage group or by modifying an existing storage group. Users also have the ability to change service levels at any time to apply the desired response time performance expectation. |

13

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | ## Service level functionality<br><br>Service levels for PowerMaxOS are designed to put relative importance on application storage groups. This function allows users to manage applications based on predictability and consistency in response time. With the ability to manage the performance of the array, users can determine whether to utilize as much of the resources the array allows or as little of the resources regardless of the system capabilities. With this ability to manage performance, users assign importance on applications based on specific needs.<br><br><br><br>Figure 10   Relative response time compared to IOPS |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Figure 13 illustrates service levels as they apply to the response-time upper and lower limits and shows how host I/O limits relate to setting the maximum allowable throughput IOPS.<br><br><br><br>Figure 13   Service level management relative to host I/O limits<br><br>Technical White Paper – Dell EMC PowerMax: Service Levels for PowerMaxOS |
| 1 [c] monitor storage access performance for the different | The Accused Products monitor storage access performance for the different storage volumes.<br><br>For example, the Accused Products "monitor[] the performance of the storage group relative to the service level" and provide an "overall view of the status of the storage systems," including "[s]ervice level compliance data," "[c]urrent throughput for the system," and "[c]urrent IOPS for the system."  For example, the Accused Products "provide a view of key performance indicators" including "[h]ost IOs/sec in terms of read and write operations over time," "[l]atency in terms of read and write operations over time," and "[t]hroughput in terms of read and write operations over time." |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| storage volumes; | *See, e.g.*: |

*See, e.g.*:

FAST monitors the performance of the storage group relative to the service level and automatically provisions the appropriate disk resources to maintain a consistent performance level.

Service Levels management - A service level is the response time target for a storage group. The service level sets the storage array with the required response time target for a storage group. It automatically monitors and adapts to the workload needed maintain the response time target. The service level includes an optional workload type so it can be optimized to meet performance levels.

Storage Resource Pools management - Fully Automated Storage Tiering (FAST) provides automated management of storage array disk resources to achieve expected service levels. FAST automatically configures disk groups to form a Storage Resource Pool (SRP) by creating thin pools according to each individual disk technology, capacity, and RAID type.

Dell EMC Unisphere for PowerMax Product Guide

The home dashboard view for all storage systems (the default view after logging in) provides an overall view of the status of the storage systems that Unisphere manages in terms of the following:

- Compliance—Service level compliance data in the form of storage group counts for each compliance state (Critical, Marginal, Stable), total storage group count, and number of storage groups with no service level assigned.

- Capacity—Percentage of allocated capacity for the storage system

- Health score—an overall health score based on the lowest health score out of the five metrics (see Understanding the system health score on page 8 for more information).

- Throughput—Current throughput for the system, in MB/second

- IOPS—Current IOPS for the system

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | The performance and capacity dashboard for a specific storage system provides a view of key performance and capacity indicators.<br><br>• A **Performance** panel displays the following graphs over a four hour, one week, or two-week period:<br><br>    ▪ <u>**Host IOs/sec** in terms of read and write operations over time.</u><br><br>    ▪ <u>**Latency** in terms of read and write operations over time.</u><br><br>    ▪ <u>**Throughput** in terms of read and write operations over time.</u><br><br>To the right of each graph, a list of the top five active storage groups for that graph is displayed. Zooming in to a timeframe on a graph automatically updates the top five storage groups lists for that timeframe. Clicking a particular point in time on one graph automatically updates the top five storage group lists for that particular time.<br><br>Technical White Paper – Dell EMC PowerMax: Service Levels for PowerMaxOS |
| 1 [d] compare the storage access performance with the service level agreements associated with the different storage volumes; and | The Accused Products compare the storage access performance with the service level agreements associated with the different storage volumes.<br><br>For example, the Accused Products "monitor[] the performance of the storage group relative to the service level," "continually monitor[] the system to ensure that any lower-priority applications are minimally-disruptive to higher-priority applications," and the "home dashboard view for all storage systems that Unisphere manages in terms of the following:  Compliance—Service level compliance data . . . ."<br><br>*See, e.g.*: |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | Fully Automated Storage Tiering (FAST) automates management of storage system disk resources on behalf of thin volumes.<br><br>ⓘ **Note:** This section describes FAST operations for storage systems running HYPERMAX OS 5977 or higher.<br><br>FAST automatically configures disk groups to form a Storage Resource Pool by creating thin pools according to each individual disk technology, capacity, and RAID type.<br><br>FAST technology moves the most active parts of your workloads (hot data) to high-performance flash disks and the least-frequently accessed storage (cold data) to lower-cost drives, using the best performance and cost characteristics of each different drive type. FAST delivers higher performance using fewer drives to help reduce acquisition, power, cooling, and footprint costs. FAST can factor in the RAID protections to ensure write heavy workloads go to RAID 1 and read heavy workloads go to RAID 6. This process is entirely automated and requires no user intervention.<br><br>FAST also delivers variable performance levels through service levels. Thin volumes can be added to storage groups and the storage group can be associated with a specific service level to set performance expectations.<br><br>FAST monitors the performance of the storage group relative to the service level and automatically provisions the appropriate disk resources to maintain a consistent performance level.   ,<br><br>Service Levels management - A service level is the response time target for a storage group. The service level sets the storage array with the required response time target for a storage group. It automatically monitors and adapts to the workload needed maintain the response time target. The service level includes an optional workload type so it can be optimized to meet performance levels.<br><br>Templates management - Using the configuration and performance characteristics of an existing storage group as a starting point, you can create templates that will prepopulate fields in the provisioning wizard and create a more realistic performance reservation in your future provisioning requests.<br><br>Storage Resource Pools management - Fully Automated Storage Tiering (FAST) provides automated management of storage array disk resources to achieve expected service levels. FAST automatically configures disk groups to form a Storage Resource Pool (SRP) by creating thin pools according to each individual disk technology, capacity, and RAID type. |

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | Dell EMC Unisphere for PowerMax Product Guide<br><br>The home dashboard view for all storage systems (the default view after logging in) provides an overall view of the status of the storage systems that Unisphere manages in terms of the following:<br><br>• Compliance—Service level compliance data in the form of storage group counts for each compliance state (Critical, Marginal, Stable), total storage group count, and number of storage groups with no service level assigned.<br><br>• Capacity—Percentage of allocated capacity for the storage system<br><br>• Health score—an overall health score based on the lowest health score out of the five metrics (see Understanding the system health score on page 8 for more information).<br><br>• Throughput—Current throughput for the system, in MB/second<br><br>• IOPS—Current IOPS for the system<br><br>The performance and capacity dashboard for a specific storage system provides a view of key performance and capacity indicators.<br><br>• A **Performance** panel displays the following graphs over a four hour, one week, or two-week period:<br><br> ▪ **Host IOs/sec** in terms of read and write operations over time.<br><br> ▪ **Latency** in terms of read and write operations over time.<br><br> ▪ **Throughput** in terms of read and write operations over time.<br><br>To the right of each graph, a list of the top five active storage groups for that graph is displayed. Zooming in to a timeframe on a graph automatically updates the top five storage groups lists for that timeframe. Clicking a particular point in time on one graph automatically updates the top five storage group lists for that particular time. |

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
| | **PowerMaxOS**: Beginning with 5978, the operating environment run on PowerMax and VMAX All Flash systems.<br><br>**Storage group (SG):** A logical grouping of thin devices that are provisioned and associated with a particular application.<br><br>**Response time (RT):** The total amount of time it takes to respond to a request for service.<br><br>**Target response time:** The average response time expected for the storage group based on the selected service level.<br><br>**Upper response time limit:** The maximum response time specified by the selected service level.<br><br>**Lower response time limit:** The minimum response time specified by the selected service level.<br><br>Service level options<br><br>Service levels are offered with various ranges of performance expectations which are defined by their own characteristics of a target response time. The target response time is the average response time expected for the storage group based on the selected service level. Along with a target response time, service levels also have either an upper response time limit or both an upper and lower response time limit.<br><br>Service levels for PowerMaxOS ensure that applications have consistent and predictable performance by allowing users to separate storage groups based on performance requirements and business importance. PowerMaxOS allows you to set specific service levels to ensure the highest-priority application response times are not impacted by lower-priority applications. The available service levels are defined in PowerMaxOS and can be applied at the creation of a storage group or can be modified to an existing storage group at any time. |

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
| | ## How service levels work<br><br>PowerMaxOS is continually monitoring the system to ensure that any lower-priority applications are minimally disruptive to higher-priority applications. When the higher-priority applications' response times begin to approach the upper limit of the selected service level, the system begins to manage any lower-priority storage groups. The process of monitoring and the management of lower-priority applications both happen in real time.<br><br>PowerMaxOS uses real-time machine learning to model workload characteristics. This model provides a predictive function that allows PowerMaxOS to anticipate workload demand for a storage group. With these anticipated workload demands, it can adapt as necessary to changes in block size, write ratio, or I/O load.<br><br>A storage group with a higher-priority service level that is affected by any lower-priority storage groups will trigger response-time management to the lower-priority service levels. When the higher-priority storage group reaches its target response time, all lower storage groups will continue to be managed until the lowest-priority storage groups reach their target response time.<br><br>The management of any lower-priority service level is imposed by a response-time delay in I/O. The delay gradually increases over time to keep the higher-priority storage group within its respective target response time. The delay gradually decreases to ensure that the higher-priority storage group remains within its response time. |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| |  |

## Service level functionality

Service levels for PowerMaxOS are designed to put relative importance on application storage groups. This function allows users to manage applications based on predictability and consistency in response time. With the ability to manage the performance of the array, users can determine whether to utilize as much of the resources the array allows or as little of the resources regardless of the system capabilities. With this ability to manage performance, users assign importance on applications based on specific needs.

Figure 10    Relative response time compared to IOPS

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | ### Priority applications<br><br>Service levels allow users to insulate specific storage groups from the performance impact of other noisy-neighbor applications. The user can assign critical applications to higher service levels such as Diamond, Platinum, or Gold which allow for these storage groups to utilize all available resources at all times. These critical applications are not managed unless the system exhibits resource constraints causing the applications to fail to maintain desired performance levels.<br><br>In Figure 11, the lower-priority storage groups begin to impede on the response-time boundary of a storage group with a higher service level. The lower-priority storage group is then managed by PowerMaxOS. The management of lower-priority storage groups subsides once the higher-priority storage group is within its respective target service level.<br><br>### Service levels and host I/O limits<br><br>Service levels ensure storage groups have an expectation of performance in terms of response time while host I/O limits provide a function to limit the amount of front-end port performance. Host I/O limits do this by allowing users to set a maximum front-end throughput on either IOPS, MB/s, or a combination of both. When a host I/O limit is applied to a storage group that has a service level set, the storage group will still be managed by any higher-priority storage group.<br><br>Both service levels and host I/O limits are set per storage group and can work together for more predictable and consistent performance. Host I/O limits can be set on a storage group that has a specified service level to manage the front-end throughput if the desired response-time performance of the storage group is continually being exceeded or if the storage group is being impeded upon by other storage groups. Host I/O limits are not a method to maintain response time but allow users to control how much data is being driven to the array, which help service levels maintain consistent response-time performance. |

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | Figure 13 illustrates service levels as they apply to the response-time upper and lower limits and shows how host I/O limits relate to setting the maximum allowable throughput IOPS.<br><br><br><br>Figure 13   Service level management relative to host I/O limits<br><br>Technical White Paper – Dell EMC PowerMax: Service Levels for PowerMaxOS |
| 1 [e] allocate tiering media to the different storage volumes and allocate more tiering media to the different storage | The Accused Products allocate tiering media to the different storage volumes and allocate more tiering media to the different storage volumes in response to the storage access performance not meeting the service level agreements for the different storage volumes.<br><br>For example, the Accused Products "automate[] management of storage system disk resources," offering "[s]ervice levels . . . with various ranges of performance expectations, which are defined by their own characteristics of a target response time," where the "target response time is the average response time expected for the storage group based on the selected service level" and the "automated management of storage array disk resources . . . achieve[s] expected service levels."  For example, the Accused Products "automatically monitor[] and adapt[] to the workload to maintain (or meet) the response time target."  For example, the Accused Products "ensure storage groups have an expectation of performance in terms of response time" which "allows users to manage applications based on predictability and |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| volumes in response to the storage access performance not meeting the service level agreements for the different storage volumes. | consistency in response time."  For example, the Accused Products can "move[] the most active parts of your workload (hot data) to high-performance flash disks and the least-frequently accessed storage (cold data) to lower-cost drives . . . ."<br><br>*See, e.g.*:<br><br>Fully Automated Storage Tiering (FAST) automates management of storage system disk resources on behalf of thin volumes.<br><br>ⓘ Note: This section describes FAST operations for storage systems running HYPERMAX OS 5977 or higher.<br><br>FAST automatically configures disk groups to form a Storage Resource Pool by creating thin pools according to each individual disk technology, capacity, and RAID type.<br><br>FAST technology moves the most active parts of your workloads (hot data) to high-performance flash disks and the least-frequently accessed storage (cold data) to lower-cost drives, using the best performance and cost characteristics of each different drive type. FAST delivers higher performance using fewer drives to help reduce acquisition, power, cooling, and footprint costs. FAST can factor in the RAID protections to ensure write heavy workloads go to RAID 1 and read heavy workloads go to RAID 6. This process is entirely automated and requires no user intervention.<br><br>FAST also delivers variable performance levels through service levels. Thin volumes can be added to storage groups and the storage group can be associated with a specific service level to set performance expectations.<br><br>FAST monitors the performance of the storage group relative to the service level and automatically provisions the appropriate disk resources to maintain a consistent performance level. |

| Claims | Exemplary Evidence of Infringement | |
|---|---|---|
| | A service level is the response time target for the storage group. The service level enables you set the storage array with the desired response time target for the storage group.<br><br>It automatically monitors and adapts to the workload to maintain (or meet) the response time target. The service level includes an optional workload type. The optional workload type can be used to further tune expectations for the workload storage group to provide enough flash to meet your performance objective.<br><br>Service Levels management - A service level is the response time target for a storage group. The service level sets the storage array with the required response time target for a storage group. It automatically monitors and adapts to the workload needed maintain the response time target. The service level includes an optional workload type so it can be optimized to meet performance levels.<br><br>Templates management - Using the configuration and performance characteristics of an existing storage group as a starting point, you can create templates that will prepopulate fields in the provisioning wizard and create a more realistic performance reservation in your future provisioning requests.<br><br>Storage Resource Pools management - Fully Automated Storage Tiering (FAST) provides automated management of storage array disk resources to achieve expected service levels. FAST automatically configures disk groups to form a Storage Resource Pool (SRP) by creating thin pools according to each individual disk technology, capacity, and RAID type.<br><br>Dell EMC Unisphere for PowerMax Product Guide | |

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | The home dashboard view for all storage systems (the default view after logging in) provides an overall view of the status of the storage systems that Unisphere manages in terms of the following: <br><br> • Compliance—Service level compliance data in the form of storage group counts for each compliance state (Critical, Marginal, Stable), total storage group count, and number of storage groups with no service level assigned. <br><br> • Capacity—Percentage of allocated capacity for the storage system <br><br> • Health score—an overall health score based on the lowest health score out of the five metrics (see Understanding the system health score on page 8 for more information). <br><br> • Throughput—Current throughput for the system, in MB/second <br> • IOPS—Current IOPS for the system <br><br> The performance and capacity dashboard for a specific storage system provides a view of key performance and capacity indicators. <br><br> • A **Performance** panel displays the following graphs over a four hour, one week, or two-week period: <br><br> ▪ **Host IOs/sec** in terms of read and write operations over time. <br><br> ▪ **Latency** in terms of read and write operations over time. <br><br> ▪ **Throughput** in terms of read and write operations over time. <br><br> To the right of each graph, a list of the top five active storage groups for that graph is displayed. Zooming in to a timeframe on a graph automatically updates the top five storage groups lists for that timeframe. Clicking a particular point in time on one graph automatically updates the top five storage group lists for that particular time. |

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
|        | **PowerMaxOS**: Beginning with 5978, the operating environment run on PowerMax and VMAX All Flash systems.<br><br>**Storage group (SG):** A logical grouping of thin devices that are provisioned and associated with a particular application.<br><br>**Response time (RT):** The total amount of time it takes to respond to a request for service.<br><br>**Target response time:** The average response time expected for the storage group based on the selected service level.<br><br>**Upper response time limit:** The maximum response time specified by the selected service level.<br><br>**Lower response time limit:** The minimum response time specified by the selected service level.<br><br>## Service level options<br><br>Service levels are offered with various ranges of performance expectations which are defined by their own characteristics of a target response time. The target response time is the average response time expected for the storage group based on the selected service level. Along with a target response time, service levels also have either an upper response time limit or both an upper and lower response time limit. |

| Claims | Exemplary Evidence of Infringement |
|--------|-----------------------------------|
| | ## How service levels work<br><br>PowerMaxOS is continually monitoring the system to ensure that any lower-priority applications are minimally disruptive to higher-priority applications. When the higher-priority applications' response times begin to approach the upper limit of the selected service level, the system begins to manage any lower-priority storage groups. The process of monitoring and the management of lower-priority applications both happen in real time.<br><br>PowerMaxOS uses real-time machine learning to model workload characteristics. This model provides a predictive function that allows PowerMaxOS to anticipate workload demand for a storage group. With these anticipated workload demands, it can adapt as necessary to changes in block size, write ratio, or I/O load.<br><br>A storage group with a higher-priority service level that is affected by any lower-priority storage groups will trigger response-time management to the lower-priority service levels. When the higher-priority storage group reaches its target response time, all lower storage groups will continue to be managed until the lowest-priority storage groups reach their target response time.<br><br>The management of any lower-priority service level is imposed by a response-time delay in I/O. The delay gradually increases over time to keep the higher-priority storage group within its respective target response time. The delay gradually decreases to ensure that the higher-priority storage group remains within its response time. |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | ## Service level functionality<br><br>Service levels for PowerMaxOS are designed to put relative importance on application storage groups. This function allows users to manage applications based on predictability and consistency in response time. With the ability to manage the performance of the array, users can determine whether to utilize as much of the resources the array allows or as little of the resources regardless of the system capabilities. With this ability to manage performance, users assign importance on applications based on specific needs.<br><br><br><br>Figure 10   Relative response time compared to IOPS |

| Claims | Exemplary Evidence of Infringement |
|---|---|
| | ## Priority applications<br><br>Service levels allow users to insulate specific storage groups from the performance impact of other noisy-neighbor applications. The user can assign critical applications to higher service levels such as Diamond, Platinum, or Gold which allow for these storage groups to utilize all available resources at all times. These critical applications are not managed unless the system exhibits resource constraints causing the applications to fail to maintain desired performance levels.<br><br>In Figure 11, the lower-priority storage groups begin to impede on the response-time boundary of a storage group with a higher service level. The lower-priority storage group is then managed by PowerMaxOS. The management of lower-priority storage groups subsides once the higher-priority storage group is within its respective target service level.<br><br>## Service levels and host I/O limits<br><br>Service levels ensure storage groups have an expectation of performance in terms of response time while host I/O limits provide a function to limit the amount of front-end port performance. Host I/O limits do this by allowing users to set a maximum front-end throughput on either IOPS, MB/s, or a combination of both. When a host I/O limit is applied to a storage group that has a service level set, the storage group will still be managed by any higher-priority storage group.<br><br>Both service levels and host I/O limits are set per storage group and can work together for more predictable and consistent performance. Host I/O limits can be set on a storage group that has a specified service level to manage the front-end throughput if the desired response-time performance of the storage group is continually being exceeded or if the storage group is being impeded upon by other storage groups. Host I/O limits are not a method to maintain response time but allow users to control how much data is being driven to the array, which help service levels maintain consistent response-time performance. |

| Claims | Exemplary Evidence of Infringement |
|---|---|
|  | Figure 13 illustrates service levels as they apply to the response-time upper and lower limits and shows how host I/O limits relate to setting the maximum allowable throughput IOPS.<br><br><br><br>Figure 13   Service level management relative to host I/O limits<br><br>Technical White Paper – Dell EMC PowerMax: Service Levels for PowerMaxOS |