IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **INNOVATIONS IN MEMORY LLC,**<br>          *Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC. AND DELL INC.,**<br>          *Defendants.* | § § § § § § § § § § § §     **CASE NO. 1:24-CV-00602-ADA** |

**FIRST AMENDED SCHDEULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, it is **ORDERED** that the following schedule shall control all deadlines in this case up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| April 7, 2025 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| April 28, 2025 | Plaintiff files Responsive claim construction brief. |
| May 12, 2025 | Defendant files Reply claim construction brief.<br>Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| May 27, 2025 | Plaintiff files a Sur-Reply claim construction brief. |
| May 29, 2025 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| May 30, 2025 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| June 9, 2025 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| June 10, 2025 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

| July 21, 2025 | Deadline to add parties. |
|---|---|
| August 4, 2025 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| September 29, 2025 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| December 8, 2025 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| January 5, 2026 | Close of Fact Discovery. |
| January 12, 2026 | Opening Expert Reports. |
| February 9, 2026 | Rebuttal Expert Reports. |
| March 2, 2026 | Close of Expert Discovery. |
| March 9, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

| | |
|---|---|
| March 16, 2026 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* OGP Note #9 regarding providing copies to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| March 30, 2026 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| April 13, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 20, 2026 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| April 27, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| May 4, 2026 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br>Deadline to file replies to motions *in limine*. |
| May 11, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| April 13, 2026 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| May 13, 2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| May 18, 2026 | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| June 8, 2026 | **Jury Selection/Trial.** |

**SIGNED** this 8th day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE